theglamuniversity 20h

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT A**

EXHIBITS TO COMPLAINT FOR DAMAGES- EXHIBIT A

theglamuniversity 20h
From Create Mode >

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT B**

EXHIBITS TO COMPLAINT FOR DAMAGES- EXHIBIT B