UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-10781 FMO (RAOx) | Date | March 17, 2025 |
|---|---|---|---|
| Title | Clifford Harris v. Sabrina D. Peterson | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Having reviewed plaintiff's Response to the Court's Order to Show Cause (Dkt. 14, "Response"), IT IS ORDERED THAT:

1. Plaintiff's request is hereby approved.

2. Plaintiff shall serve defendants no later than **March 31, 2025**, and shall file a proof of service no later than **April 3, 2025.**

3. Plaintiff is admonished that failure to file a proof of service by the deadline set forth above will result in the action or any unserved defendant being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

4. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with this Order.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |