FILED

1  Sabrina D. Peterson
   1360 South Figueroa St, Suite D404
2  Los Angeles, CA 90015
   Phone: (404) 992-3116
3  Email: thegirlpowertour@gmail.com

2025 APR 14  PM 2:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

4
   Pro Se
5

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br>SABRINA D. PETERSON, an individual<br><br>Defendant/Counter Claimant. | Case No: 2:24-cv-10781<br><br>**ANSWER TO COMPLAINT AND COUNTER COMPLAINT AND COUNTER COMPLAINT OF DEFENDANT/COUNTER COMPLAINANT SABRINA D. PETERSON** |

DEFENDANT SABRINA D. PETERSON'S ANSWER TO COMPLAINT AND COUNTER COMPLAINT Defendant and Counterclaimant, Sabrina D. Peterson ("Defendant"), appearing pro se, hereby answers the Complaint filed by Plaintiff Clifford J. Harris, Jr. ("Plaintiff") and files the following Counter Complaint pursuant to Federal Rule of Civil Procedure 13.

I. GENERAL DENIAL

Pursuant to Federal Rule of Civil Procedure 8(b)(3), Defendant denies each and every allegation, matter, and thing contained in the Complaint, including all purported causes of action, except those specifically admitted herein.

II. ANSWERS TO ALLEGATIONS

1-35. Defendant denies the allegations in paragraphs 1 through 35.

36-98. Defendant denies each and every allegation contained in the First through Fourth Causes of Action, including paragraphs 36 through 98, and specifically denies that Plaintiff is entitled to any relief whatsoever.

//

## III. AFFIRMATIVE DEFENSES

First Affirmative Defense: Failure to State a Claim

Second Affirmative Defense: Truth

Third Affirmative Defense: Opinion and Protected Speech

Fourth Affirmative Defense: Lack of Actual Malice

Fifth Affirmative Defense: Statute of Limitations

Sixth Affirmative Defense: No Damages

Seventh Affirmative Defense: Prior Restraint / Injunctive Relief Barred

Eighth Affirmative Defense: Unclean Hands

Ninth Affirmative Defense: Res Judicata / Collateral Estoppel

## IV. COUNTER COMPLAINT OF DEFENDANT/COUNTER-COMPLAINANT SABRINA D. PETERSON AGAINST PLAINTIFF/COUNTER-DEFENDANT CLIFFORD J. HARRIS, JR.

Defendant and Counterclaimant, Sabrina D. Peterson, alleges the following counterclaims against Plaintiff and Counter-defendant Clifford J. Harris, Jr., and reserves the right to amend to include additional counter defendants upon discovery:

## V. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. § 1367(a) as they are so related to the claims in Plaintiff's Complaint that they form part of the same case or controversy.

2. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391 because the events giving rise to these counterclaims occurred in this district. II. PARTIES

3. Counterclaimant Sabrina D. Peterson is an individual and a resident of Los Angeles County, California.

4. Counter-defendant Clifford J. Harris, Jr. (known professionally as "T.I.") is an individual and, on information and belief, a resident of Georgia.

5. Counterclaimant reserves the right to name additional parties including Tameka "Tiny" Harris and Shekinah Anderson, based on their public participation in defamatory and emotionally harmful statements, pending further investigation and discovery.

## VI. FACTUAL BACKGROUND

6. On December 13, 2024, Plaintiff filed this lawsuit asserting false and defamatory allegations against Defendant, including fabricated claims of criminal conduct and character attacks.

7. Plaintiff's Complaint is not a good-faith legal filing, but rather a retaliatory and malicious attempt to discredit and silence Counterclaimant's protected speech, particularly in response to a 2021 public statement by Counterclaimant that Plaintiff had previously placed a gun to her head in front of children.

8. After that statement, Plaintiff and his associates engaged in public attacks, including statements made by Tameka "Tiny" Harris and Shekinah Anderson accusing Counterclaimant of harassment and immoral conduct. These public statements were defamatory and calculated to humiliate, discredit, and silence Counterclaimant.

9. Plaintiff mocked public calls for apology, and his legal actions were pursued as a form of intimidation and emotional retaliation.

## VII. CAUSES OF ACTION

First Cause of Action: Defamation (Against Clifford J. Harris, Jr. and others to be named)

10. Plaintiff and associated parties made public statements that were false, defamatory, and published with knowledge of their falsity or with reckless disregard for the truth.

11. These statements caused reputational harm, professional injury, and emotional distress to Counterclaimant. Second Cause of Action: Abuse of Process (Against Clifford J. Harris, Jr.)

12. Plaintiff used the legal system to further a personal vendetta, not to resolve any legitimate dispute, and with an improper motive to suppress and retaliate against Counterclaimant.

13. Such misuse of the court process caused injury to Counterclaimant's mental and emotional well-being, as well as economic losses. Third Cause of Action: Intentional Infliction of Emotional Distress (Against Clifford J. Harris, Jr. and others to be named)

14. Plaintiff's and his associates' conduct was extreme, outrageous, and intentionally inflicted emotional distress.

15. Counterclaimant suffered severe anxiety, humiliation, and public harm as a result of this conduct.

3

**ANSWER TO COMPLAINT AND COUNTER COMPLAINT AND COUNTER COMPLAINT OF DEFENDANT/COUNTER COMPLAINANT SABRINA D. PETERSON**

## VII. PRAYER FOR RELIEF ON COUNTER COMPLAINT

WHEREFORE, Counterclaimant Sabrina D. Peterson respectfully requests that this Court enter judgment in her favor and against Counter defendant Clifford J. Harris, Jr., and any additional counter defendants named in this action, and award the following relief:

1. General damages for loss of reputation, emotional suffering, public humiliation, and economic harm in an amount according to proof at trial;

2. Special damages for lost business opportunities, contracts, speaking engagements, and professional associations impacted by the defamatory and retaliatory conduct;

3. Consequential damages for foreseeable losses caused by the defamatory and retaliatory conduct, including reputational harm impacting future earnings and partnerships;

4. Punitive and exemplary damages in an amount sufficient to deter similar conduct by Plaintiff or others;

5. An order restraining Counter-defendant(s) from further defamation, harassment, or public disparagement of Counterclaimant;

6. Reasonable costs and expenses of litigation, including filing fees and service costs;

7. Any additional relief the Court deems just, equitable, and proper under the circumstances

Dated: April 13, 2025

Respectfully submitted,

*/s/ Sabrina*

SABRINA D. PETERSON

UNITED STATES DISTRICT COURT

PROOF OF SERVICE

Case No. 2:24-cv-10781-FMO-RAO

<u>CLIFFORD J. HARRIS, JR., v. SABRINA D. PETERSON</u>

I, Soraya Bowen, am a resident of Los Angeles County, California, and I am over the age of 18 years. I am not a party to this case. On April 13, 2025, I served the following document:

**ANSWER TO COMPLAINT AND COUNTER COMPLAINT OF DEFENDANT/COUNTER-DEFENDANT SABRINA D. PETERSON**

by placing a true and correct copy in a sealed envelope and delivering it as follows: By U.S. Mail:

Indira J. Cameron-Banks

CAMERON BANKS LAW, A PROF. CORP.

407 N. Maple Dr., Ground Floor

Beverly Hills, CA 90210

I deposited the envelope with the United States Postal Service with the postage fully prepaid. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2025, at Los Angeles, California.

*[signature]*

Soraya Bowen

3733 W 181st St

Torrance, CA 90504

County of Los Angeles, CA

Phone: +1 (770) 837-1679

Email: sorayaxbowen@gmail.com

Process Server

---

1

PROOF OF SERVICE