Indira J. Cameron-Banks (CBN 248634)
**CAMERON BANKS LAW**, A PROF. CORP.
407 N. Maple Dr., Grnd. Fl.
Beverly Hills. CA 90210
424.757.0585 | indira@cameronbanks.law
Attorney for Plaintiff
CLIFFORD J. HARRIS, JR.

Keita T. Middleton, Esq. (CA SBN: 283813)
Law Office of K.T. Middleton & Associates
19744 Beach Blvd., #156
Huntington Beach, CA 92648
kmiddleton@ktmlaw.us | (714) 797-7671
Attorney for Defendant/Cross-Claimant
SABRINA D. PETERSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual, <br><br> Plaintiff, <br><br> v. <br><br> SABRINA D. PETERSON, an individual, <br><br> Defendant. <br><br> SABRINA D. PETERSON, an individual <br><br> Counter Claimant, <br><br> vs. <br><br> CLIFFORD J. HARRIS, Jr., an individual, <br><br> Counter Defendant. | Case No. 24-CV-10781-FMO-RAO <br><br><br> **JOINT RULE 26(f) REPORT** <br><br><br> Hon. Fernando M. Olguin |

Pursuant to the Federal Rules of Civil Procedure 26(f), Central District Local Rule 26-1, and this Court's Scheduling Orders, Plaintiff Clifford J. Harris ("Plaintiff") and Defendant Sabrina D. Peterson ("Defendant"), by and through undersigned counsel, hereby submit this Joint Rule 26(f) Report:

## STATEMENT OF THE CASE

1. **Plaintiff's Position**

Plaintiff is a well-known celebrity entertainer. On September 17, 2024, Defendant, an online social media influencer, made a series of statements, or "posts" on her "Instagram" account falsely stating that Plaintiff was under federal investigation for sexual trafficking of women in connection with another celebrity entertainer currently being prosecuted for such conduct.  Defendant published these statements about Plaintiff knowing they were false, and defamatory, in order to advance her own personal interests.  Plaintiff brought this lawsuit to redress the harm caused by Defendant's publication of false defamatory statements on social media about Plaintiff Claimant.

2. **Defendant Position**

Defendant/Counter Claimant is a popular social media influencer who was befriended by the Plaintiff/Cross Defendant's wife, Tameka "Tiny" Harris, in the early 2000's and the two remained friends until the Plaintiff/Cross Defendant assaulted the Defendant/Counter Claimant.  The Defendant/Counter Claimant will be presenting at least one witness to attest to this encounter.  Any statements the Defendant/Counter Claimant made about the Plaintiff/Cross Defendant were true and can be supported by evidence.  Defendant/Counter Claimant has filed a counter claim against the Plaintiff/Counter Defendant for defamation, emotion distress and abuse of process premised on statements made by Plaintiff/Counter Defendant which Defendant/Counter Claimant alleges is an attack on her character and reputation.  Defendant/Counter Claimant has not ever used the

Plaintiff/Counter Defendant nor his wife nor anyone in their social group to advance her own interests, as she has not benefitted from this very public dispute between the two parties.

## SUBJECT MATTER JURISDICTION

The Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

## LEGAL ISSUES

- Whether Defendant unlawfully defamed Plaintiff.
- Whether Defendant unlawfully used Plaintiff's name, image and/or likeness for commercial benefit.
- Whether Defendant unlawfully placed Plaintiff before the public in an offensive false light.
- Whether Defendant's counterclaims are barred by the doctrine of res judicata.
- Whether Defendant's counterclaims are barred by the statute of limitations.
- Whether Defendant's counterclaims constitution unlawful strategic litigation against public participation.
- Whether Plaintiff unlawfully defamed Defendant.
- Whether Plaintiff engaged in abuse of process.
- Whether Defendant suffered economic loss due to Plaintiff's actions.
- Whether Plaintiff inflicted emotional distress upon Defendant.

## PLEADINGS AND DISPOSITIVE MOTIONS

1. **Plaintiff's Position**

   At this time, Plaintiff does not anticipate amending the Complaint to add parties. As Defendant has filed a Cross-Complaint against Plaintiff, Plaintiff will be filing dispositive motions to strike and/or dismiss the cross-claims on or before May 29, 2025 as stipulated by the parties.

2. **Defendant Position**

   Currently, Defendant/Cross Claimant does not anticipate amending the

Counter Complaint to add parties. As counsel for Plaintiff/Cross Defendant has represented that they will be filing dispositive motions to strike and/or dismiss the cross-complaint, Defendant/Cross Claimant will be filing objections to any such motions and requesting leave to amend the cross complaint if necessary.

## DISCOVERY PLAN

The Parties anticipate written discovery and depositions to simultaneously be conducted on the issue of liability and damages, and does not need to be conducted in phases.

## COMPLEX LITIGATION/CLASS ACTION

Not Applicable.

## SETTLEMENT CONFERENCE/ ADR

To date, there have not been any settlement negotiations, other than mutual discussions pertaining to dismissals. The Defendant/Cross Claimant is agreeable to the parties proceeding with a non-binding mediation or arbitration. Plaintiff is <u>not</u> amenable to arbitration, but is willing to participate in private mediation.

## TRIAL

1. **Plaintiff's Position**

Plaintiff has requested a jury trial and estimates that a jury trial of this matter could be reasonably completed in 1-2 court days (excluding *voir dire*). Indira J. Cameron-Banks will serve as lead trial counsel for Plaintiff.

2. **Defendant's Position**

Defendant/Cross Claimant has requested a jury trial and estimates that a jury trial of this matter could be reasonably completed in 3 – 5 court days (excluding *voir dire*). Keita T. Middleton will serve as lead trial counsel for Defendant/Cross Claimant.

///

///

**PROPOSED DATES AND DEADLINES**

| | |
|---|---|
| Fact Discovery Cut-Off | May 31, 2026 |
| Expert Discovery Cut-Off | June 30, 2026 |
| Dispositive Motion Filing Deadline | July 31, 2026 |
| Settlement Conference Deadline | September 30, 2026 |
| Final Pre-Trial Conference | November 7, 2026 |
| Trial | December 6, 2026 |

DATE: May 22, 2025          CAMERON BANKS LAW. A PROF. CORP.

*/S/ Indira J. Cameron-Banks*

Indira J. Cameron-Banks

Attorneys for Plaintiff
CLIFFORD J. HARRIS, JR.

DATE: MAY 22, 2025          **Law Office of K. T. Middleton & Associates**

**/Keita T. Middleton/**

Keita Middleton

Attorneys for Defendant
SABRINA D. PETERSON

4

JOINT RULE 26(F) REPORT