**DECLARATION OF INDIRA J. CAMERON-BANKS**

I, Indira J. Cameron-Banks, do hereby state and declare as follows:

1. I am the attorney representing the Plaintiff (and Counter-Defendant) Clifford J. Harris ("Harris") in this matter, and provide this declaration in support of my client's Motion to Dismiss the Second Amended Counter-Complaint filed by Defendant (and Counter-Plaintiff) Sabrina D. Peterson ("Peterson"). I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, could and would, testify as to the truth of the matters set forth below.

2. On October 22, 2025 at 10:00 a.m., I called Keita Middleton, Peterson's counsel as we had previously agreed upon the week before, and engaged in a meet and confer conversation regarding this instant motion lasting approximately 18 minutes. During this call, I explained that it is Plaintiff's position that the grounds previously asserted in Plaintiff's first Motion to Dismiss (the First Amended Counter-Complaint) apply to the Second Amended Counter-Complaint because the counterclaims still rely on protected speech in Harris's complaint. I also explained how it is Plaintiff's position that the social media post does not give rise to an emotional distress claim. We also discussed Peterson's exhibits to the Second Amended Counter-Complaint, specifically (1) the exhibit for an expired license attached as an exhibit does not apply to cannabis sales, and (2) that the social media post attached as an exhibit does not in any way reference Peterson. Ms. Middleton expressed that she understood Plaintiff's position but that Counter-Claimant would continue to press the amended counterclaims, and would wait for the Court's ruling. During this call we also briefly discussed discovery, mediation, and the hearing date in this matter was set in order to accommodate Ms. Middleton's scheduled leave. The Call was pleasant and cordial, as counsel for both parties are able to work professionally with each other.

///

///

1  Under penalty of perjury, and in accordance with 28 U.S.C. § 1746, I declare the
2  foregoing to be true and correct to the best of my knowledge and belief.
3      Executed this 28th Day of October 2025 in Los Angeles County, California

_____
Indira J. Cameron-Banks

DECLARATION OF INDIRA J. CAMERON-BANKS