Indira J. Cameron-Banks (CBN 248634)
**CAMERON BANKS LAW**, A PROF. CORP.
407 N. Maple Dr., Grnd. Fl.
Beverly Hills. CA 90210
424.757.0585 | indira@cameronbanks.law

Attorney for Plaintiff
CLIFFORD J. HARRIS, JR.

Keita T. Middleton (CBN 283813)
LAW OFFICE OF K.T. MIDDLETON & ASSOCIATES
19744 Beach Blvd., Suite #156
Huntington Beach, CA 92648
714-797-7671; kmiddleton@ktmlaw.us

Attorney for Defendant
SABRINA D. PETERSON

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual,<br><br>  Plaintiff and Counter-Defendant,<br><br>  v.<br><br>SABRINA D. PETERSON, an individual,<br><br>  Defendant and Counter-Claimant. | Case No. 24-CV-10781-FMO-RAO<br><br>**JOINT NOTICE TO CONDUCT SETTLEMENT CONFERENCE BEFORE MEDIATOR FROM THE ADR PANEL AS ORDERED (DKT. 40)**<br><br>Current Deadline 2/24/26<br>Proposed Deadline 4/14/26<br><br>Hon. Fernando M. Olguin |

**TO THE HONORABLE COURT:**

It is hereby noticed by Plaintiff/ Counter-Defendant CLIFFORD J. HARRIS, Jr. (hereinafter "Harris") and Defendant/ Counter-Claimant SABRINA D. PETERSON (collectively "Defendants"), through their counsel of record, that pursuant to the Court's current Scheduling Order (Dkt. No. 40) directing the parties to conduct a mediation with a member of the Court's ADR panel, the parties are scheduled for mediation before Aaron Wais on February 23, 2026.

**IT IS SO NOTICED.**

Dated: February 18, 2026          CAMERON BANKS LAW, A Prof. Corp.

                                                      /s/Indira J. Cameron-Banks
                                                      Indira J. Cameron-Banks
                                                      Attorney for Plaintiff, Clifford J. Harris Jr.

Dated: February 18, 2026          L/O K.T. Middleton & Associates

                                                      /s/Keita T. Middleton*
                                                     Keita T. Middleton
                                                    Attorneys for Defendant

\* I attest that Plaintiff's counsel concurs in this filing's content and has authorized its filing.

                                                    /s/ Indira J. Cameron-Banks