UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual, | Case No. 24-CV-10781-FMO-RAO |
| Plaintiff and Counter-Defendant, | **ORDER GRANTING JOINT STIPULATION [43] TO CONTINUE DEADLINE** |
| v. | Hon. Fernando M. Olguin |
| SABRINA D. PETERSON, an individual, | |
| Defendant and Counter-Claimant. | |

Having considered the Joint Stipulation of the Parties to continue the fact discovery cut-off date, and good cause having been shown, it is hereby Ordered that the fact discovery cut-off deadline in this matter has been continued to April 14, 2026.

DATED: February 20, 2026

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge