Keita T. Middleton (CA SBN 283813)
19744 Beach Blvd., #156
Huntington Beach, CA 92648
Email: kmiddleton@ktmlaw.us
(714) 797 -7671

Attorney for Defendant/Cross-Claimant,
Sabrina D. Peterson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br><br>Defendant/Counter Claimant. | Case No:   2:24-cv-10781-FMO-RAO<br><br>**COUNTER CLAIMANT SABRINA PETERSON'S NOTICE OF ERRATA**<br><br>**Hon. Fernando M. Olguin** |
| SABRINA D. PETERSON, an individual<br><br>Counter Claimant,<br><br>vs.<br><br>CLIFFORD J. HARRIS, Jr., an individual,<br><br>Counter Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that in the document titled THIRD AMENDED COMPLAINT OF COUNTER CLAIMANT SABRINA D. PETERSON, filed on June 1, 2026 at 0:59 AM, and inadvertent clerical/technological error occurred.  During the submission of the document the incorrect version was inadvertently uploaded into the CM/ECF system, failing to include the intended declarations and exhibits.  Therefore, a corrected THIRD AMENDED COUNTER COMPLAINT OF COUNTER CLAIMANT SABRINA D. PETERSON has been filed.  This corrected version does not alter the substance of the filing, but is submitted to ensure accuracy in the record.  The corrected version is being submitted under separate cover, with the correlating declarations and exhibits.

DATED: June 1, 2026                                    Respectfully submitted,


                                                            /s/Keita T. Middleton
                                                        Keita T. Middleton
                                                        Attorney for Counter Claimant
                                                        SABRINA D. PETERSON