Keita T. Middleton (CA SBN 283813)
19744 Beach Blvd., #156
Huntington Beach, CA 92648
Email: kmiddleton@ktmlaw.us
(714) 797 -7671


Attorney for Defendant/Cross-Claimant,
Sabrina D. Peterson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| CLIFFORD J. HARRIS, Jr., an individual, | Case No:    2:24-cv-10781-FMO-RAO |
|---|---|
| Plaintiff/Counter Defendant, | **DECLARATION OF SABRINA D. PETERSON IN SUPPORT OF DEFENDANT/COUNTER-CLAIMANT SABRINA D. PETERSON'S THIRD AMENDED COUNTER-COMPLAINT** |
| vs. | |
| Defendant/Counter Claimant. | |
| SABRINA D. PETERSON, an individual | |
| Counter Claimant, | **Hon. Fernando M. Olguin** |
| vs. | |
| CLIFFORD J. HARRIS, Jr., an individual, | |
| Counter Defendant. | |

1

## <u>DECLARATION OF SABRINA D. PETERSON</u>

I, Sabrina D. Peterson, do hereby state and declare as follows:

1. I am over the age of 18 years and am the Defendant/Cross Claimant in the above-captioned action *Clifford J. Harris, Jr. v. Sabrina Peterson/Sabrina Peterson v. Clifford J. Harris, Jr.*, et al, United States District Court Central District of California Court Case No. 2:24-cv-10781-FMO-RAO (the "Action"). This declaration is made in support of the Third Amended Cross Complaint of Sabrina D. Peterson. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. The facts stated below are true of my own personal knowledge except for those matters stated on information and belief, which matters I believe to be true.

2. I, Sabrina Peterson, first came into the presence of Clifford J. Harris, Jr. ("Mr. Harris") because I was friends [to varying degrees throughout the years] with Mr. Harris's wife, Tameka Harris ("Mrs. Harris"), between approximately the years 2004 – 2021.

3. At one point during the friendship, Mrs. Harris moved into the same subdivision as myself and as the friendship grew closer, the more Mrs. Harris shared with me about her personal life, and in particular, her relationship with Mr. Harris.  During the friendship, Mrs. Harris would call me crying all the time upset that Mr. Harris kept making her pop pills, as well as other drugs, with alcohol and was forcing her to do threesomes.  He was forcing to engage in these activities even during pregnancy, and Mrs. Harris would complain to me about how it was too much wear and tear on her body.  If Mrs. Harris did not comply with Mr. Harris when it was time to "party" then it would make Mr. Harris upset and if she did not participate then he would threaten not to be in a relationship with her anymore.  I did not approve of this lifestyle, especially since she was a mother and a daughter.  Once Mr. Harris realized I did not approve of this lifestyle and learned that I was a safe space for Mrs. Harris he was never very fond of me.  However, in my mind, I

was always going to be there for my friend.  I have always been an advocate for women and always will be and did not want to turn my back on her.

4. The friendship between me and Mrs. Harris eventually ended since I could not stomach their lifestyle and since Mr. Harris began making threats to my life.

5. Mr. Harris has threatened my life now on several occasions, including in a 2025 Instagram post, which was just one of a series of threats.

6. The first threat to my life stemmed from a series of events occurring in or around March 2007, after I publicly blamed him for his then girlfriend at that time, Tameka's miscarriage. I believed Mr. Harris was the cause of the miscarriage due to him forcing his wife/then-girlfriend to take ecstasy pills and engage in constant escapades during her pregnancy, per the stories Mrs. Harris shared with me during our years of friendship.  Mr. Harris did not particularly approve of me involving myself in their personal affairs and forming an opinion on the situation, but I was just trying to advocate for my [then] very good friend.  I believe any good friend would have done the same thing. In any event, Mrs. Harris experienced this miscarriage around the same time as her oldest daughter's 12th or 13th birthday.  Since Mrs. Harris had been in the hospital, I was tasked with planning, paying and making all of the arrangements for her daughter's birthday.  At the time, Mr. and Mrs. Harris were not married and did not co-habitat with each other, and Mrs. Harris and I lived in the same Townhome community.  After Mr. Harris heard that I was blaming him for Mrs. Harris's miscarriage, he banned me from the birthday party. However, as the person who financed the entire event and the party was being held in the home of Mrs. Harris (and not Mr. Harris), I felt he did not have the right to ban me from an event that I paid for.  There ended up being a physical altercation with me and Mr. Harris's assistant and when she called and told him about it he came with a gun 20 – 30 minutes later.  He walked up to me and put a gun to my head in front of other witnesses, such as: a [now] sitting judge, a licensed attorney, Mr. Harris's deceased sister, an ex-member of Mrs. Harris's singing group, Xscape and multiple children.  I did not report this crime because at the time Mrs. Harris was a very dear friend of mine and I did not

want her to suffer the consequences of her then-boyfriend going to jail, especially after having just experienced a miscarriage.  I put my friendship with Mrs. Harris over my own safety (and others) which now looking back I regret.  Not calling the police on Mr. Harris that day has only given him more opportunities to continue to threaten my life and interfere with my livelihood as well as that of other women.

7. Right after this birthday party incident where he pulled a gun out on my head, he bragged about it in a song titled "Hurt" which was released in October 2007.  The lyrics are included with this pleading for reference, but some of the lyrics state "Ain't a damn thang change, I still keep that thang right up under my shirt, better tell them I ain't playin' Because it's all fun and games until somebody get hurt"…" I never get caught murkin' y'all 'cause it ain't what you do The question is, who saw? Shawty I'm way to raw? Catch me any day you want, you could think I'ma play if you want But the facts still remains, if I got an AK and you don't Well, then, playa, you gone Don't get me wrong, there's some niggas wanna kill me too But this ain't 'bout shit 'cause it's very well known where I'm at They can catch me in the booth right now if they really like that No, nigga let they hoe get 'em in the whole shit The .44 spit they holla, oh shit, protectin' her and you both hit You better check ya girl 'cause you be so sick…".

8. In this song, not only does Mr. Harris (commonly known as TI or TIP) brag about making threats and killing people with guns, he also makes a subtle threat to me and my then boyfriend because my boyfriend confronted Mr. Harris after the gun was pulled to my head at the children's birthday party.  Since the incident at the birthday party and the release of this song were very close in time with each other, I have no doubt in my mind that he was sending a subliminal message to me and my boyfriend with the release of this song back in 2007.

9. This experience has traumatized me for a lifetime.  Pulling a gun to my head, threatening my life and then bragging about it in a song is extreme and outrageous behavior. Unfortunately, him trying to endanger my life and my livelihood did  not stop in 2007, and the threats are ongoing.

4

10. Another occasion where Mr. Harris has made a threat on my life is when one of his artists with the stage name Alphamega (who also crossed over as security or the "muscle" for Mr. Harris and his record label) saw me coming out of a restaurant on Peters Street in Atlanta one day in or around 2014, and he put me on notice that Mr. Harris tried to pay him [Alphamega] between $15,000 - $25,000 to throw me, Ms. Peterson, off a building. He also told me that, in his words, "he [Mr. Harris] hates you so [fucking] bad".   I believed Alphamega was telling the truth because he is known in the community as a credible person and not a person who is known for lying or fabricating situations. Further, since Mr. Harris had directly threatened my life in the past when he put a gun to my head, I believed this statement made by Alphamega to be true.  This was now the second or third time Mr. Harris had made a threat to my life.  And for Mr. Harris to still want me dead seven years after the birthday party where he pulled a gun to my head is an indication as to how much rage Mr. Harris held against me, even after so much time had lapsed.

11. After these multiple threats on my life, I had to hire personal security and eventually sold my home in Atlanta and moved to Los Angeles to be free from that dangerous environment.  One of the reasons I moved out of Atlanta was to avoid any encounters with Mr. Harris or any of his affiliates, in order to protect my life and the life of my son.

12. Then, in or around 2021 the conflict between Mr. Harris and me would play out publicly on social media, igniting a string of civil claims being filed between Mr. Harris and me. The dispute became public when Ms. Peterson criticized Mr. Harris's public support for a specific public official, Kiesha Bottoms – former mayor of Atlanta, who I believe helped influence Mr. Harris's approval for his Affordable Housing Loan for the community he was building in Atlanta.  I was a constituent of Georgia at the time and believed that any public funds should first be used to combat the rising crime rate in the Atlanta, Georgia area.  I further inserted the idea that it was no wonder that Mr. Harris, and former mayor Bottoms were aligned since a) the public official was not, as I believed, taking the necessary steps to combat the recent increased violent crimes against women (i.e.,

robbery, murder, rape, carjacking) and b) Mr. Harris likes to pull guns to women's head. Specifically, in one post I stated "The sad part about being a woman and being a black woman is this: The public praises our predators. @troubleman [Mr. Harris's Instagram handle], you put a gun in my head in front of children. I never called the police on you, but for years, you've painted me as a villain. As a black woman, it's hard to heal from rape, violence, or anything because you're painted as a problem or the reason that it happened to you. Let's normalize allowing black women to heal..".

13. In response to my public disapproval of the alliance between Mr. Harris former mayor Bottoms, Mrs. Harris made an Instagram post with a photograph of my minor son with Mr. Harris, including a caption alluding to the idea that Mr. Harris could not have pulled a gun on me since my son has spent time with Mr. Harris and called Mr. Harris "uncle".

14. The feud continued to grow publicly, with a series of online posts being made against me by people affiliated with the Harris's. This led me to file a defamation suit against Mr. Harris, Mrs. Harris, and Shekinah Anderson, who is a former friend of Mrs. Harris, in The Superior Court of California Los Angeles.

15. This public feud with all the correlating on-line dialogue and subsequent lawsuits triggered a series of individuals contacting me, sharing their own personal experience with Mr. Harris and Mrs. Harris where they also felt victimized. I shared these direct messages with my Instagram audience and disclosed to the public that Mr. Harris is under federal investigation for sex trafficking which triggered the current lawsuit. This lawsuit then ensued.

16. Consequently, in the middle of this ongoing litigation between me and Mr. Harris, Mr. Harris made a fourth threat on my life when he made a cryptic Instagram video post on July 6, 2025 where he was visibly agitated and made some statements which I know to be a subliminal threat. Specifically, Mr. Harris stated, **"Yeah, Man, I'm just out here…you know, it's a beautiful day to not be a buster…it's a beautiful day to mind your business … it's a beautiful day to not be negative…don't take this day for granted… don't be out here spreading propaganda just because you're unhappy with your**

6

**life…".**  This video was re-posted on another Instagram profile named "livebitez" where there were many comments directed towards PETERSON because many viewers believed the video was directed towards PETERSON.  The video can be found on https://www.instagram.com/p/DLxqHgyP2-c/?igsh=NTc4MTIwNjQ2YQ==.  Under this video there are comments directed towards me, addressing me by my first name, Sabrina, so the average viewer understood this message to be directed towards the Counter Claimant.  I did not even know about this video until someone sent it to me.  No person in their right mind would get on social media and explicitly state they want to kill someone, so of course did not explicitly say my name and threaten my life.  However, since he has already put a gun to my head, offered someone money to push me off a building, record a song threatening me and my significant other, there is no doubt that this was a clear message of intimidation and threats on my life.  The fact that Mr. Harris said "**don't take this day for granted**" is a statement often synonymous with the idea that life is short.  The fact that he is illuding to a short life further confirms that these statement were a threat on my life.  Mr. Harris has shown me since 2007 that he would prefer I be dead AND SILENCED.  There is no conduct more extreme and outrageous than that which threatens someone's life.

17. Further, during the discovery process for this present federal case my attorney listed a witness that we intend to call to testify at trial, Lakiesha Miles.  Counsel for Mr. Harris noticed and conducted the deposition of Ms. Miles which was held back on April 13, 2026.  I have learned that less than one month after Ms. Miles's deposition was held, that she has now received a threat.  I wholeheartedly believe this message was sent at the direction of Mr. Harris.  So now, Mr. Harris is not only threatening me, but he is also threatening the safety of my witness.

18. As a result of Mr. Harris engaging in patterns of violence against me and making multiple threats to my life and/or livelihood (and that of my witness) I have suffered from increased anxiety, stress, sleeplessness, paranoia, fear, nervousness, unease, apprehension, tension, panic, dread, agitation, distress, angst, foreboding, trepidation and

7

emotional anguish which has affected my relationships - personal and business. Not only has this experience taken emotional toll on me but also my child and it has also had a huge economic impact on me as a single mother.

19. I pray the court allows me an opportunity for redress based on Mr. Harris's relentlessness in trying to destroy and/or end my life, amounting to extreme and outrageous behavior.

20. To the best of my knowledge, information and belief, the factual allegations in these paragraphs have evidentiary support and are not being presented for any improper purpose but are directly relevant to the claims asserted in the Cross Complaint.

Under the penalty of perjury, and in accordance with 28 U.S.C. §1746, I declare the foregoing to be true and correct to the best of my knowledge and belief.

Executed this __30th__ Day of May 2026 in ___Los Angeles County,_ California.


_/s/ Sabrina D. Peterson_____

8