Keita T. Middleton (CA SBN 283813)
19744 Beach Blvd., #156
Huntington Beach, CA 92648
Email: kmiddleton@ktmlaw.us
(714) 797 -7671

Attorney for Defendant/Cross-Claimant,
Sabrina D. Peterson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual, | Case No:    2:24-cv-10781-FMO-RAO |
| Plaintiff/Counter Defendant, | **DECLARATION OF LAKIESHA MILES IN SUPPORT OF DEFENDANT/COUNTER-CLAIMANT SABRINA D. PETERSON'S THIRD AMENDED COUNTER-COMPLAINT** |
| vs. | |
| Defendant/Counter Claimant. | |
| SABRINA D. PETERSON, an individual | |
| Counter Claimant, | **Hon. Fernando M. Olguin** |
| vs. | |
| CLIFFORD J. HARRIS, Jr., an individual, | |
| Counter Defendant. | |

1

**<u>DECLARATION OF LAKIESHA MILES</u>**

I, Lakiesha Miles, do hereby state and declare as follows:

1. I, a non-party witness in this matter, provide this declaration in support of the Counterclaimant's Third Amended Counter-Complaint. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, could and would testify as to the truth of the matters set forth below.

2. I personally know both people who are the parties to this present action, Mr. Clifford Harris Jr. ("Mr. Harris") and Ms. Sabrina Peterson ("Ms. Peterson").

3. I first met Mr. Harris in or around 2005 when I was in an all-girl singing group (Xscape) with his wife, Mrs. Tameka Harris ("Mrs. Harris"). Mrs. Harris and I became friends outside of the girl group when the manager of the girl group attempted to sexually assault me. This manager was dating the lead singer of the group and was also close to the lead singer's sister who was also in the girl group, so Ms. Harris felt like my only comrade and safe space at the time. The closer my friendship grew with Mrs. Harris, the more I was in the presence of Mr. Harris.

4. Mrs. Harris and I left the girl group and created our own girl group, "Gap Girlz", and started our own production company/business together, "Major P", to develop artists and produce music and movies. The Harris's had an in-home studio where we worked on music most of the time.

5. It was in or around 2007 when I met Ms. Peterson because at the time her and Mrs. Harris were best friends.

6. I was present in or around 2007, on the day Mr. Harris pulled a gun out to the head of Ms. Peterson. This incident transpired during the time that Ms. Peterson planned a birthday party for Mrs. Harris's (though the couple were unmarried at this time) oldest daughter, an event which Mr. Harris had banned Ms. Peterson from attending because Ms. Peterson was blaming Mr. Harris for Mrs. Harris's [then] recent miscarriage. I was instructed by Mrs. Harris not to let Ms. Peterson into the party because Mr. Harris told Mrs. Harris that if he

saw Ms. Peterson, he was going to do something to her.  Therefore, Mrs. Harris did not want Ms. Peterson to attend the birthday party.  I tried my best not to allow Ms. Peterson into the party but I was unsuccessful because Ms. Peterson paid for the party and the town home that Mrs. Harris was living in and having the birthday party at.  At some point, I saw about five or six SUV's speeding towards the townhome, and I knew it was Mr. Harris and his entourage coming to the birthday party.  Children were beginning to arrive and I grew very nervous because I believed Mr. Harris when he said he was going to do something to Ms. Peterson if he saw her at that birthday party.  There were several of us at the party trying to encourage Ms. Peterson to leave, but she would not and subsequently a fight ensued.  While I was trying to break up the fight I felt something cold tap my forehead and then I froze because when I looked up, I saw Mr. Harris holding a gun to Ms. Peterson's forehead in front of everyone, including children.  I then backed up and asked Mr. Harris what he was doing and reminded him that there were children present, including his stepdaughter (whose birthday party it was) who was just upstairs.  Once I reminded him that his stepdaughter was in the environment, he finally took the gun away from Ms. Peterson's head.  That was one of many traumatizing events that I experienced at the hands of Mr. Harris or Mrs. Harris.

7.  After the birthday party incident, things became very different.  Ms. Peterson's then-boyfriend was well respected in the community, and he was not happy with Mr. Harris putting a gun to Ms. Peterson's head.  There was a lot of tension between the Harris's and Ms. Peterson's circle, and I overheard a conversation between Mr. Harris and one of his friends where they discussed the pros and cons of having Ms. Peterson "handled".

8.  The friendship between Mrs. Harris and myself became strained and would eventually end for several reasons, but especially after Mrs. Harris caused me to be charged with a crime involving drug possession.  This occurred on a day when I accompanied Mrs. Harris in her car to an accident scene involving her sister-in-law and her youngest son.  At the time we arrived at the accident scene, Mrs. Harris had just made a drug purchase (of marijuana) that I witnessed, which the police officers investigating the accident could smell.  Once these

3

police officers discovered the drugs, they placed Mrs. Harris and me in handcuffs.  While the police officers were investigating the scene and Mrs. Harris and I were on the side of the street, Mrs. Harris asked me if I would say the drugs were mine because she had recently been in trouble in Los Angeles for a drug charge, meaning she did not want to get into any more trouble, plus I had a clean record.  Mrs. Harris promised me that Mr. Harris would handle everything and I would never have to go to court nor jail.  Against my better judgment I agreed to say the drugs were mine, which was a mistake because I ended up fighting for my life.

9.  After being exposed and addicted to drug abuse due to the Harris's influence, catching a drug charge due to being affiliated with the Harris's, and how uneasy I was beginning to feel after seeing how they were treating women at their parties involving sex and drugs, I decided to end the friendship altogether and go my separate ways and start over with my life.  My last communication with Mr. Harris or Mrs. Harris was in or around 2011.

10.  While I have had very little direct contact with Mr. Harris nor Mrs. Harris in well over a decade, there are a couple of incidents that I experienced involving gunfire that concern me.

11.  In or around 2017 I began managing 11th Street Studios in Atlanta, Georgia and would manage this studio until the end of 2020.  While I was a manager, there were at least two to three shootings at this studio.  The first occurred on January 16, 2020 and the second on March 10, 2020 (Please see Fox5 Atlanta news reports attached hereto as Exhibit " ").  These two incidents concerned me because a) This studio that I managed is located right around the corner from Super Sound Studios, b) Mr. Harris's manager had recently been to 11th Street Studios around the end of 2019 and saw that I was managing the studio and c) I had recently seen Mr. Harris around February 2020 on a television set for the show "Star" where he was there filming an episode, and the brief interaction between he and I was extremely uncomfortable.  Weeks after seeing Mr. Harris on the television set, the second shooting occurred at my studio.  I knew that Mr. Harris was aware that I was affiliated with 11th Street Studios since someone in his inner circle had recently saw me

there.  This is all concerning because of all the things I saw and heard during my time around the Harris family.

12. Then, in or around 2021 Ms. Peterson contacted me and asked me to be a witness for a case of which I still do not know much about.  Back then I was battling COVID, so I was too sick to participate and also, I just did not want to get involved.  My life had finally gone back to normal, and I just wanted to maintain my peace.

13. Later, around the end of April 2025 (after having no contact with Ms. Peterson since the 2021 exchange) someone I know sent me a link about Ms. Peterson being sued my Mr. Harris.  Though I previously did not want to get involved with the litigation going on between Ms. Peterson and Mr. Harris, the thought of Ms. Peterson being sued by someone who victimized her in the past just did not sit right with me (I am referring to the day Mr. Harris put a gun to Ms. Peterson's head).  I then decided to initiate communication with Ms. Peterson and contacted her to advise her that I now would be willing to come forward as a witness, as much as I initially did not want to get involved.  However, the thought of someone putting a gun to someone's head and then suing them for talking about it and calling them a liar really disgusted me.  I felt I had a moral duty and obligation to provide my first-hand account to the unsavory and sometimes violent events that I have witnessed on account of Mr. and Mrs. Harris.

14. Once I agreed to be a witness for the present federal civil matter, I was contacted by Mr. Harris's attorney, Indira Cameron Banks, about availability for taking my deposition.  The parties agreed that my deposition would be taken on April 13, 2026, which it was completed on that day.

15. Less than one month after I gave deposition testimony for this case (where I provided testimony discussing events as stated in this present declaration, and also statements related to my interviews with federal agents in connection to an investigation and any information I had making Mr. Harris culpable to using and pushing drugs onto unassuming young women, weapons and human trafficking to maintain influence and control over women) I received a phone call from a former friend of mine and a current friend of Mr. Harris

5

(whose name shall also remain confidential until such time that I am ordered by the Court to disclose the name and/or testify at trial, to protect my own safety) who said they see how I am moving and that "they will attack me from every direction if I continue to do what I'm doing".  My instincts told me this was a message from Mr. Harris because I have never received a call of this nature ever before in my life and the fact that I received a call like this just weeks after I gave deposition testimony unfavorable to Mr. Harris is no way a coincidence.

16. I feel an obligation to speak up for all victims of violence and all the women who have been victimized by Mr. and Mrs. Harris, including myself.  It took me many years to be able to speak up about my experience with Mr. and Mrs. Harris, and I pray I will stay safe long enough to be an advocate for all of their victims.

17. To the best of my knowledge, information and belief, the factual allegations in these paragraphs have evidentiary support and are not being presented for any improper purpose but are directly relevant to the claims asserted in the Cross Complaint.

Under the penalty of perjury, and in accordance with 28 U.S.C. §1746, I declare the foregoing to be true and correct to the best of my knowledge and belief.

Executed this  30th  Day of May 2026 in __Fulton__ County, Georgia.

Lakiesha Miles