Keita T. Middleton (CA SBN 283813)
19744 Beach Blvd., #156
Huntington Beach, CA 92648
Email: kmiddleton@ktmlaw.us
(714) 797 -7671


Attorney for Defendant/Counter-
Claimant, Sabrina D. Peterson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>Defendant. | Case No:    2:24-cv-10781-FMO-RAO<br><br>**DECLARATION OF SABRINA D. PETERSON IN SUPPORT OF OPPOSITION OF MOTION TO DISMISS COUNTER CLAIMAINT'S THIRD AMENDED COUNTER-COMPLAINT** |
| SABRINA D. PETERSON, an individual<br><br>Counter Claimant,<br><br>vs.<br><br>CLIFFORD J. HARRIS, Jr., an individual,<br><br>Counter Defendant. | **Hon. Fernando M. Olguin** |

1

## <u>DECLARATION OF SABRINA D. PETERSON</u>

I, Sabrina D. Peterson, do hereby state and declare as follows:

1.  I am over the age of 18 years and am the Defendant/Counter-Claimant in the above-captioned action *Clifford J. Harris, Jr. v. Sabrina Peterson/Sabrina Peterson v. Clifford J. Harris, Jr.*, et al, United States District Court Central District of California Court Case No. 2:24-cv-10781-FMO-RAO (the "Action"). This declaration is made in support of the Opposition to the Motion to Dismiss the Third Amended Counter-Complaint of Sabrina D. Peterson. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. The facts stated below are true of my own personal knowledge except for those matters stated on information and belief, which matters I believe to be true.

2.  As the Court is aware, I, Sabrina Peterson, first came into the presence of Clifford J. Harris, Jr. ("Mr. Harris") because I was friends [to varying degrees throughout the years] with Mr. Harris's wife, Tameka Harris ("Mrs. Harris"), between approximately the years 2004 – 2021.

3.  I have suffered extreme emotional distress at the hands of Mr. Harris when he has made threats to my life and/or my safety beginning in 2007 when he pulled a gun to my head, and the threats are ongoing.

4.  The most recent threat to my well-being was in a 2025 Instagram post, which was just one of a series of threats.

5.  Mr. Harris has since threatened the well-being of a witness I plan to call at trial. Mr. Harris knows that without this witness my ability to defend against the defamation claim and to prosecute my counter claims will be greatly compromised.

6.  As a single mother, this case has taken a financial toll and compromising my ability to present evidence and witnesses adds to the emotional distress.

7.  I have a right to be made whole and I believe that the Court granting Mr. Harris's motion to dismiss my third amended counter-complaint would be a severe miscarriage of justice.

8. I honestly believe that Mr. Harris has not brought this federal suit with meritorious intents, but as another tactic to harass myself and as a tool to pry into the federal investigation involving himself.

9. The multitude of threats, some cryptic, on my life and wellbeing continue to take a toll physically, emotionally and mentally, where I have had to seek professional help in coping and completing day-to-day activities, leading me to be prescribed anti-anxiety medication.

10. As a result of Mr. Harris engaging in patterns of violence against me and making multiple threats to my life and/or livelihood (and that of my witness) I continue to suffer from increased anxiety, stress, sleeplessness, paranoia, fear, nervousness, unease, apprehension, tension, panic, dread, agitation, distress, angst, foreboding, trepidation and emotional anguish which has affected my relationships - personal and business. Not does this experience continue to take an emotional toll on me but also my child.  Plus, this ongoing litigation has also had a huge economic impact on me as a single mother.

11. I pray the court allows me an opportunity for redress based on Mr. Harris's relentlessness, extreme and outrageous conduct in trying to destroy and/or compromise my life and well-being.

12. To the best of my knowledge, information and belief, the factual allegations in these paragraphs have evidentiary support and are not being presented for any improper purpose but are directly relevant to the claims asserted in the Cross Complaint.

Under the penalty of perjury, and in accordance with 28 U.S.C. §1746, I declare the foregoing to be true and correct to the best of my knowledge and belief.

Executed this __8th__ Day of July 2026 in __Los Angeles__ County, California.

_____

Sabrina D. Peterson

3