Indira J. Cameron-Banks (CBN 248634)
**CAMERON BANKS LAW**, A PROF. CORP.
407 N. Maple Dr., Grnd. Fl.
Beverly Hills. CA 90210
213.373.1894 | indira@cameronbanks.law

Attorney for Plaintiff,
CLIFFORD J. HARRIS, JR.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CLIFFORD J. HARRIS, Jr., an individual,

Plaintiff,

v.

SABRINA D. PETERSON, an individual,

Defendant.

SABRINA D. PETERSON, an individual,

Counter Plaintiff,

v.

CLIFFORD J. HARRIS, Jr., an individual,

Counter Defendant,

Case No. 24-CV-10781-FMO-RAO

**PLAINTIFF'S *EX PARTE* REQUEST AND SUPPORTING DECLARATION** [INDIRA J. CAMERON-BANKS] **FOR BRIEF STAY OF CIVIL ACTION, OR IN THE ALTERNATIVE, CONTINUANCE OF TRIAL**

Hon. Fernando M. Olguin

**DECLARATION and *EX PARTE* REQUEST**

I, Indira Cameron-Banks, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and hereby state the following in support of an *ex parte* request by undersigned counsel for Plaintiff/Counter-Defendant Clifford J. Harris Jr. ("Plaintiff") to stay the case and/or continue the trial date, and all pre-trial deadlines, for forty-five days.

Good cause is set forth herein as follows, and weighs in favor of granting this *ex parte* request for a stay, or in the alternative, a continuance. *See Landis v. N. Am. Co.,* 299 U.S. 248, 254-55 (1936) (district courts have an inherent power to stay civil cases).

**Statement of Good Cause**

1. This request is being made because I am a solo practitioner who will be closing my legal practice on or around November 2, 2026, as I have very recently entered into a professional commitment beyond that date preventing me from maintaining my practice, or providing legal representation to individuals or entities in any capacity, including before this Court. I understand that my client is in the process of securing new counsel to enter an appearance in this case to ensure seamless legal representation in this action.

2. This request is not being made to interpose any unreasonable delay, and will not prejudice the parties in any way. It is made (a) to meaningfully preserve my client's ability to both prosecute the claims he is asserting in this case, along with defending against Defendant/Counter-Plaintiff Sabrina D. Peterson's ("Defendant('s)")' claims, if any, survive the pending motion to dismiss, and (b) in the interest of maintaining an efficient and productive workflow between counsel, parties and the Court through the current pre-trial and trial phase of litigation.

3. The current procedural posture of this case is as follows:

   a. The initiating Complaint was filed on December 13, 2024. (Dkt. 1), and answered on April 14, 2025 (Dkt. 17).

b. Defendant has filed counterclaims and amended counterclaims against Plaintiff on April 14, 2025, April 22, 2025, and October 8, 2025, and June 1, 2026. (Dkt. 17, Dkt. 20, Dkt. 36, Dkt. 50)

c. Plaintiff moved on three occasions to dismiss Defendant's amended counterclaims, including on May 30, 2025, October 29, 2025, and June 15, 2025. (Dkt. 27, Dkt. 37, Dkt. 53). Plaintiff's most recent motion to dismiss the counterclaims remains pending. (Dkt. 56)

4. The current trial date is December 8, 2026, and the parties have related impending deadlines for pretrial conferences of counsel, upcoming decisions, meetings, and pre-trial filings. Counsel has at all times worked together professionally, and efficiently. New counsel, which is in the process of being finalized, will have to enter appearance, and ultimately be responsible for pretrial conferences, attendant filings, and trial strategy.

5. In the interest of maintaining a steady, streamlined, efficient, and expeditious process leading up to trial, and to avoid multiple piecemeal requests and/or motions for additional time, undersigned counsel respectfully asks for a forty-five day stay of the instant proceedings, or alternatively, a forty-five day continuance of the trial date, along with all attendant pretrial deadlines.

6. Additionally, this good-faith request is made well in advance of trial so as to minimize the prejudicial effects that undersigned counsel's professional commitments will have on Plaintiff's ability to meaningfully prosecute and defend against the claims pending in this action.

7. Accordingly, Plaintiff respectfully requests a brief forty-five (45) day stay of the civil proceedings in this case and/or continuance of the trial date and all attendant pretrial deadlines, in the interest of justice, fairness, and judicial economy

**<u>Meet and Confer Between Counsel</u>**

8. On October 7, 2026 at around 3:30 p.m., the instant *ex parte* was discussed. It was a professional and courteous conversation. Counsel for both

parties have a cordial professional relationship, and continue to meet and confer telephonically as necessary.

DATE: OCTOBER 12, 2026

CAMERON BANKS LAW. A PROF. CORP.

Indira J. Cameron-Banks

Attorneys for Plaintiff
CLIFFORD J. HARRIS, JR.