Keita T. Middleton (CA SBN 283813)
19744 Beach Blvd., #156
Huntington Beach, CA 92648
Email: kmiddleton@ktmlaw.us
(714) 797 -7671

Attorney for Defendant/Cross-Claimant,
Sabrina D. Peterson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual,<br>Plaintiff/Counter Defendant,<br>vs.<br><br>Defendant/Counter Claimant. | Case No: 2:24-cv-10781<br><br>**DEFENDANT SABRINA PETERSON'S REQUEST TO ALLOW WITNESSES TO APPEAR REMOTELY VIA VIDEO CONFERENCE AT TRIAL** |
| SABRINA D. PETERSON, an individual<br>Counter Claimant,<br>vs.<br>CLIFFORD J. HARRIS, Jr., an individual,<br>Counter Defendant. | **Date: November 19, 2026**<br>**Time: 10:00 a.m.**<br><br>**Trial Date: December 8, 2026**<br>**CRTM: First St. Courthouse, 6D**<br><br>**Hon. Fernando M. Olguin** |

TO THE HONORALBE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**Defendant Sabrina Peterson, through counsel, moves the Court to permit the following listed witnesses to testify remotely via contemporaneous video conference technology at the [date] [time] [hearing/trial] in this matter:**

- U.S. Department of Homeland Security Special Agent Kevin Kuntz
- U.S. Department of Homeland Security Special Agent Antonio Bolfo
- Rhonda L. Patterson Wrighten

**I. Legal Authority**

This motion is brought pursuant to **Fed. R. Civ. P. 43(a)**, which allows a court to permit testimony by video conference "for good cause in compelling circumstances and with appropriate safeguards". Good cause may be due to travel burdens or professional constraints.

**II. Good Cause**

The above-listed witnesses are unable to appear in person due to the named witnesses being located outside of the state of California and each of the listed witnesses face significant travel challenges. Further, all of the above-listed witnesses are government employees in some capacity and their priority is per their employment obligations with the U.S. government and their availability to travel across country and be physically available at the time of trial, which often times face unpredictable and uncontrollable delays, is very limited. This is supported by the attached declaration.

**III. Materiality of Testimony**

The witness's testimony is **material and essential** to the issues in this case, as it addresses whether Defendant Sabrina Peterson engaged in defamatory statements against Plaintiff Mr. Harris when she stated that Mr. Harris was under federal investigation. Special Agents Kuntz and Bolfo have firsthand knowledge as to whether they have been investigating Mr. Harris for alleged federal crimes.

As to Ms. Patterson Wrighton's testimony would be related to events that support Ms. Peterson's counter claims, as she has first hand knowledge as to some of the allegations made in Ms. Peterson's third amended complaint.

**IV. Feasibility and Safeguards**

- The witness can be located at or near Baltimore, MD and have been subpoenaed to be available via video conferencing platform at the time the parties are scheduled for trial. **Please see attached as *Exhibit A* The Touhy Request and correlating subpoenas**.
- The District Court's video conferencing system should be available in all courtrooms.
- All parties have been notified of the remote appearance.
- Appropriate technical and procedural safeguards will be in place to ensure the integrity of the testimony.

**V. Request**

The Court is respectfully requested to:

(a) Permit

- U.S. Department of Homeland Security Special Agent Kevin Kuntz
- U.S. Department of Homeland Security Special Agent Antonio Bolfo
- Rhonda L. Patterson Wrighten

to testify remotely via video conference;

(b) Issue an order setting the time, date, and technical arrangements for the testimony; and

(c) Grant such other relief as the Court deems just and proper.

**WHEREFORE**, Defendant Sabrina Peterson moves the Court for the above relief.

Dated: October 13, 2026

*/s/ Keita T. Middleton*
KEITA T. MIDDLETON
Attorney for Defendant/Counter Claimant
Sabrina D. Peterson

**CLIFFORD J. HARRIS, JR. vs. SABRINA D. PETERSON**
**2:24-cv-10781**

PROOF OF SERVICE BY MAIL, OVERNIGHT DELIVERY, EMAIL OR FAX
**(8 CCR §10625)**
**(CCP §§1013, 1013(a), §§1013(c) & (d), 2015.5, §1010.6(a))**

K.T. MIDDLETON & ASSOCIATES
KEITA T. MIDDLETON / (714) 797-7671
kmiddleton@ktmlaw.us

I declare that:

I am employed in the County of Orange, I am over the age of eighteen years and not a party to the within action; my business address is 19744 Beach Blvd., #156, Huntington Beach, CA 92648.

On **October 13, 2026**, I served the within **DEFENDANT SABRINA PETERSON'S REQUEST TO ALLOW WITNESSES TO APPEAR REMOTELY VIA VIDEO CONFERENCE AT TRIAL** on the named parties in said action by providing a true copy thereof, by email, addressed to the following parties:

*Plaintiff/Cross-Defendant Attorney* –
Ms. Indira J. Cameron_Banks
CAMERON BANKS LAW, APC
407 N. Maple Dr., Grnd. Fl.
Beverly Hills, CA 90210
indira@cameronbanks.law – via Email

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **October 13, 2026** at Orange, California.



KEITA T. MIDDLETON
kmiddleton@ktmlaw.us