Keita T. Middleton (CA SBN 283813)
19744 Beach Blvd., #156
Huntington Beach, CA 92648
Email: kmiddleton@ktmlaw.us
(714) 797 -7671

Attorney for Defendant/Cross-Claimant,
Sabrina D. Peterson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD J. HARRIS, Jr., an individual,<br>Plaintiff,<br>vs.<br><br>Defendant.<br>______<br>SABRINA D. PETERSON, an individual<br>Counter Claimant,<br>vs.<br>CLIFFORD J. HARRIS, Jr., an individual,<br>Counter Defendant. | Case No: 2:24-cv-10781-FMO-RAO<br><br>**DECLARATION OF KEITA T. MIDDLETON IN SUPPORT OF DEFENDANT SABRINA PETERSON'S REQUEST TO ALLOW WITNESSES TO APPEAR REMOTELY VIA VIDEO CONFERENCE AT TRIAL**<br><br>**Date: November 19, 2026**<br>**Time: 10:00 a.m.**<br><br>**Trial Date: December 8, 2026**<br>**CRTM: First St. Courthouse, 6D**<br><br>**Hon. Fernando M. Olguin** |

**DECLARATION OF KETIA T. MIDDLETON**

I, Keita T. Middleton, do hereby state and declare as follows:

1. I am the attorney representing the Defendant and Counterclaimant Sabrina D. Peterson ("Peterson") in this matter and provide this declaration in support of Defendant Sabrina Peterson's Request to Allow Witnesses to Appear Remotely via Video Conference at Trial. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, could and would testify as to the truth of the matters set forth below.

2. The request being made is reasonable, as the listed witnesses reside further than 100 miles, and the request testimony is necessary as the listed witnesses alone have the first-hand knowledge of the events which are the basis of the alleged claims and counterclaims.

3. To the best of my knowledge, information and belief, the factual allegations in these paragraphs have evidentiary support and are not being presented for any improper purpose but are directly relevant to the defenses to the claims asserted in the Complaint and the counterclaims asserted in the Third Amended Counter Complaint.

Under the penalty of perjury, and in accordance with 28 U.S.C. §1746, I declare the foregoing to be true and correct to the best of my knowledge and belief.

Executed this 13th Day of October 2026 in Orange County, California.

*/s/ Keita T. Middleton*

Keita T. Middleton