# EXHIBIT A

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| CLIFFORD HARRIS JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-10781-FMO-RAO |
| SABRINA PETERSON | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Special Agent Kevin Kuntz

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: Felicitas & Gonzalo Mendez United States Courthouse<br>350 W 1st Street, Suite 4311<br>Los Angeles, CA, 90012 - via video conference | Courtroom No.: 6D, 6th Floor<br>Date and Time: 12/09/2026 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/13/2026

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Sabrina Peterson, who issues or requests this subpoena, are:

Law Office of K.T. Middleton & Associates, 19744 Beach Blvd., #156, Huntington Beach, CA 92648
kmiddleton@ktmlaw.us; 714-797-7671

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:24-cv-10781-FMO-RAO

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* __________

on *(date)* __________ .

☑ I served the subpoena by delivering a copy to the named person as follows: Jessica E. Rotondo Counsel/ Homeland Security Investigations (HSI) Embed Northeast Region Office of the Principal Legal Advisor U.S. Immigration and Customs Enforcement U.S. DHS on *(date)* 10/12/2026 ; or

❒ I returned the subpoena unexecuted because: __________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2026

[signature]
*Server's signature*

K. T. Middleton, Counsel for Defendant
*Printed name and title*

19744 Beach Blvd., #156
Huntington Beach, CA 92648
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| CLIFFORD HARRIS JR.<br>*Plaintiff*<br>v.<br>SABRINA PETERSON<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 2:24-cv-10781-FMO-RAO |

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Special Agent Antonio Bolfo

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: Felicitas & Gonzalo Mendez United States Courthouse<br>350 W 1st Street, Suite 4311<br>Los Angeles, CA, 90012 - via video conference | Courtroom No.: 6D, 6th Floor<br>Date and Time: 12/09/2026 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/13/2026

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*

[signature]
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Sabrina Peterson, who issues or requests this subpoena, are:

Law Office of K.T. Middleton & Associates, 19744 Beach Blvd., #156, Huntington Beach, CA 92648
kmiddleton@ktmlaw.us; 714-797-7671

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 2:24-cv-10781-FMO-RAO

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________

on *(date)* ______________ .

☑ I served the subpoena by delivering a copy to the named person as follows: Jessica E. Rotondo Counsel/ Homeland Security Investigations (HSI) Embed Northeast Region Office of the Principal Legal Advisor U.S. Immigration and Customs Enforcement U.S. DHS on *(date)* 10/12/2026 ; or

❒ I returned the subpoena unexecuted because: ______________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/13/2026

[signature]

*Server's signature*

K. T. Middleton, Counsel for Defendant

*Printed name and title*

19744 Beach Blvd., #156
Huntington Beach, CA 92648

*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT

for the

Central District of California

CLIFFORD J. HARRIS JR.
*Plaintiff*
v.
SABRINA D. PETERSON
*Defendant*

Civil Action No. 2:24-cv-10781-FMO-RAO

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Rhonda L. Patterson-Wrighten

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - 350 W 1st Street, Suite 4311, Los Angeles,CA90012 | Courtroom No.: 6D |
| | Date and Time: 12/08/2026 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/13/2026

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk*

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant/ Counter Claimant Sabrina D. Peterson, who issues or requests this subpoena, are:

Keita T. Middleton, Esq., 19744 Beach Blvd., #156, Huntington Beach, CA 92648, kmiddleton@ktmlaw.us, 714-797-7671

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 2:24-cv-10781-FMO-RAO

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ______________ .

❐ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________________________________________________________

______________________________________ on *(date)* ______________ ; or

❐ I returned the subpoena unexecuted because: ______________________________

______________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

Law Office of K.T. Middleton & Associates
19744 Beach Boulevard, Suite 156, Huntington Beach, CA 92648
(714) 797-7671
kmiddleton@ktmlaw.us

**TOUHY REQUEST LETTER**
October 12, 2026

*DELIVERED VIA ELECTRONIC MAIL ONLY*

**Jessica E. Rotondo**
Counsel/Homeland Security Investigations (HSI) Embed
Northeast Region
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Baltimore, MD

Re: Touhy Request for Information in Harris v. Peterson
United States District Court, Central District of California Case Number 2:24-cv-10781-FMO-RAO

Dear Ms. Rotondo:

I am [your name], [your role, e.g., whistleblower, litigant, defense attorney] in the matter of [case name/number]. This is a Touhy request under 5 U.S.C. § 301 and pursuant to 6 C.F.R. § 5.45 and the DHS Touhy regulations for the purpose of subpoenaing certain information and/or testimony from select special agents in relation to above referenced federal civil matter.

**Information Requested:**

Limited testimony from the following special agents:

1. Keving Kuntz
2. Antonio Bolfo

The requested information is in relation as to whether the above-named agents work for the United States Government in the capacity of special agents for the Department of Homeland Security and whether they had a conversation with Defendant Sabrina Peterson regarding a federal investigation and whether they inquired into any information she may have had regarding Clifford Harris, Jr. The undersigned has requested that the special agents provide the relevant testimony via video conference call so that no travel will be required.

**Relevance and Necessity:**

The information sought is directly relevant to the above-mentioned federal civil matter where Mr. Harris has filed a complaint for damages for Defamation/Libel and Invasion of Privacy and is not

available from any other source. Said defamation claim is based on Ms. Peterson's statement that Mr. Harris was under investigation after Ms. Peterson made contact with special agent Bolfo which resulted in the present civil action by Mr. Harris against Ms. Peterson. The only defense to defamation is proving that any potential defamatory statements are actually true. The statement that Mr. Harris was under federal investigation was made can be proven true only through corroboration from the involved special agents. Counsel requests that the above-named special agents become available at the defamation trial to be held on 12/08/2026, and testimony is requested to be collected on 12/09/2026.

It is essential to have Special Agent Kuntz and Special Agent Bolfo available to testify at trial since the only defense is truth and only the special agents are able to corroborate that Ms. Peterson's statement was not false.

**Legal Basis:**

This request is made pursuant to the Touhy doctrine (U.S. ex rel. Touhy v. Ragen, 340 U.S. 462 (1951)) and the 6 C.F.R. § 5.45.

**Attachments:**

Subpoenas

**Request for Protective Measures:**

If the information involves sensitive or protected data, please note that the parties will request a qualified protective order (QPO) to be put in place

Service:
This request is being served in accordance with Touhy regulations. Please direct any questions or objections to the undersigned.

Thank you for your prompt attention to this matter.

Sincerely,

Sincerely,

Keita T. Middleton, Esq.

Attachments: Standard Terms of Engagement
cc: Indira Cameron-Banks