UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 24-10781 FMO (RAOx)** | Date | **October 22, 2026** |
| Title | **Clifford Harris v. Sabrina D. Peterson** | | |

| | | |
|---|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Re: Further Proceedings**

Having reviewed and considered all the briefing filed in connection with plaintiff's Ex Parte Request for Brief Stay of Civil Action, Or In the Alternative, Continuance of Trial (Dkt. 57, "Request"), IT IS ORDERED THAT:

1. Plaintiff's Request **(Document No. 57)** is **granted** as set forth in this Order.

2. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **December 11, 2026**.

3. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than **December 18, 2026**.

The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

4. The final pretrial conference and hearing on motions in limine is scheduled for **January 8, 2027**, at 10:00 a.m.

5. The trial is scheduled to begin on **Tuesday, January 26, 2027**, at 9:00 a.m. On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

Initials of Preparer vdr